IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SMC CONSTRUCTION CO.,

    Plaintiff,                                  3:17-cv-00470-HDM-VPC

vs.                                          ORDER

REX MOORE GROUP, INC.,

    Defendants.

_____/

    The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

    IT IS FURTHER ORDERED that this matter be referred to Chief Judge Gloria Navarro for reassignment.

    It is so Ordered.

    Dated this 9th day of August, 2017.

_____
UNITED STATES DISTRICT JUDGE