UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

SMC CONSTRUCTION CO.,

Plaintiff,

v.

REX MOORE GROUP, INC.;

Defendants.

Case No. 3:17-cv-00470-LRH-(VPC)

ORDER

Before the court is plaintiff SMC Construction Co.'s ("SMC") motion to set hearing on motion to release or reduce mechanic's lien (ECF No. 5) and to shorten time. ECF No. 6.

SMC initiated the underlying action against defendant Rex Moore Group, Inc. ("Rex Moore") seeking a reduction or release of Rex Moore's recently filed mechanic's lien and for declaratory relief. *See* ECF No. 1, Ex. 2. Along with its complaint, SMC filed a motion to release or reduce mechanic's lien pursuant to Nev. Rev. Stat. § 108.2275. ECF No. 5. Under Section 108.2275, if a court finds that a hearing on a motion to release mechanic's lien is warranted, the court shall set a hearing on a motion to release mechanic's lien "not less than 15 days or more than 30 days" after issuing an order for a hearing. The court has reviewed SMC's motions and finds that a hearing on the motion to release mechanic's lien is warranted. Therefore, the court shall grant SMC's motion to set hearing.

///

///

1

IT IS THEREFORE ORDERED that plaintiff's motion for order to set hearing and to shorten time (ECF No. 6) is GRANTED.

IT IS FURTHER ORDERED that a hearing on plaintiff's motion to release or reduce mechanic's lien (ECF No. 5) is scheduled for Monday, September 11, 2017, at 2:30 p.m. in Courtroom 3 at the Bruce R. Thompson courthouse in Reno, Nevada.

IT IS SO ORDERED.

DATED this 14th day of August, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE