Patrick T. Markham, Esq. (SBN: 114542)
Jacobson Markham L.L.P.
8950 Cal Center Drive, Suite 210
Sacramento California, 95826
916-854-5969 office
916-854-5969 fax
ptmarkham@jacobsonmarkham.com

John Bragonje, Esq. (SBN: 9519)
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
702.474.2625 office
702.216.6173 fax
jbragonje@lrrc.com

Attorney for Defendant/Counter-claimant
REX MOORE GROUP, INC.

```
_✓_ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
                 COUNSEL/PARTIES OF RECORD

     MAR 19 2018

   CLERK US DISTRICT COURT
    DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SMC CONSTRUCTION CO., <br><br> Plaintiff(s), <br><br> v. <br><br> REX MOORE GROUP, INC. <br><br> Defendant(s). | Case No: 3:17-cv-00470-HDM-VPC <br><br> **STIPULATION AND ORDER VACATING FURTHER SETTLEMENT CONFERENCE** |
| REX MOORE GROUP, INC. a California corporation, <br> Counterclaimant, <br><br> v. <br><br> SMC CONSTRUCTION CO., a Nevada corporation and Edgewood Companies, a Nevada corporation, <br><br> Counter-defendants. | |

## RECITALS

WHEREAS, on March 1, 2018, the parties entered into a settlement of the Action, and the terms were placed on the record. Certain terms required further discussion by the parties.

WHEREAS, the court ordered the parties to meet and confer to resolve the remaining issues. A further settlement conference was set for Friday, March 16, 2018 in the event the parties were unable to resolve all issues.

WHEREAS, the parties have met and conferred and have one issue remaining. All parties believe a settlement agreement can be signed no later than Monday, March 19, 2018. The parties have therefore agreed the further settlement conference can be vacated in order to allow the final issue to be resolved and a settlement agreement finalized and executed.

## STIPULATION

NOW THEREFORE, the parties stipulate as follows:

1. The court shall vacate the further settlement conference currently set for hearing at 10:30 AM on Friday, March 16, 2018;

2. The parties shall notify the court by close of business on Monday, March 19, 2018 if the Settlement Agreement has been fully signed.

3. If a Settlement Agreement has not been fully signed by close of business on Monday, March 19, 2018, the court shall set a further settlement conference, and order all parties to appear.

DATED this 15th day of March 2018.

JACOBSON MARKHAM L.L.P.
8950 Cal Center Drive, Suite 210
Sacramento, California 95826

/s/ Patrick T. Markham
PATRICK T. MARKHAM, ESQ.

LEWIS ROCA ROTHGERBER CHRISTIE LLP
50 W. Liberty Street, Suite 410
Reno, Nevada 89501
JOHN E. BRAGONJE, ESQ

*Attorneys for Defendant/Counterclaimant*
*Rex Moore Group, Inc.*

DATED this 15th day of March 2018.

DOWNEY BRAND
621 Capital Mall, 18th Floor
Sacramento, California 95814

/s/ Andrew Collier
ANDREW COLLIER, ESQ.

GORDON H. DePAOLI, ESQ.
WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, Nevada 89511

*Attorneys for Counterdefendant*
*Edgewood Companies*

DATED this 15th day of March 2018.

ROBISON, BELAUSTEGUI, SHARP & LOW
71 Washington Street
Reno, Nevada 89503

/s/ Kent R. Robison
KENT R. ROBISON, ESQ.

*Attorneys for Plaintiff/Counterdefendant*
*SMC Construction*

ORDER

It is so ordered.

Dated: March 19, 2018

United States Magistrate Judge

-3-

STIPULATION AND ORDER VACATING FURTHER SETTLEMENT CONFERENCE

1498172.4