DOWNEY BRAND LLP
WILLIAM R. WARNE (CA Bar No. 141280)
*Pro Hac Vice*
ANDREW L. COLLIER (CA Bar No. 191137)
*Pro Hac Vice*
AVALON J. FITZGERALD (CA Bar No. 288167)
*Pro Hac Vice*
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone: 916.444.1000
Facsimile: 916.444.2100
Email:  bwarne@downeybrand.com
Email:  acollier@downeybrand.com
Email:  afitzgerald@downeybrand.com

Gordon H. DePaoli (NV Bar No. 195)
WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, NV  89511
Telephone:  775.688.3000
Facsimile:  775.688.3088
Email:  gdepaoli@woodburnandwedge.com

Attorneys for Counterdefendant
EDGEWOOD COMPANIES,
a Nevada corporation

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SMC CONSTRUCTION CO., a Nevada corporation,<br><br>          Plaintiff,<br><br>v.<br><br>REX MOORE GROUP, INC., a California corporation (designated a Nevada corporation in error), and DOES 1 through 5, inclusive,<br><br>          Defendants.<br><br>AND RELATED CROSS-ACTION. | Case No.  3:17-cv-004790-MMD-VPC<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND [PROPOSED] ORDER** |

## **INTRODUCTION**

This Stipulation for Dismissal of Entire Action with Prejudice (the "Stipulation") is entered between SMC Construction Co. ("SMC"), Rex Moore Group, Inc. ("Rex Moore"),

Edgewood Companies ("Edgewood"), and Liberty Mutual Insurance Company ("Liberty") (collectively, "the Parties"), as follows:

**RECITALS**

A. On or about July 20, 2017, SMC filed an action against Rex Moore in the Ninth Judicial District Court of the State of Nevada in and for the County of Douglas, as Case No. 17-CV-0154 (the "State Court Action").

B. On or about August 8, 2017, Rex Moore filed its Petition for Removal of the State Court Action to the United States District Court for the District of Nevada, as Case No. 3:17-cv-00470 (the "Action'").

C. On or about August 15, 2017, Rex Moore filed its Answer to Complaint of SMC Construction, Demand for Jury Trial and Counterclaim which named SMC and Edgewood as counter-defendants.

D. On or about November 2, 2017, Rex Moore filed its Amended Counterclaim and Request for Jury Trial in the Action, bringing counterclaims against SMC, Edgewood, and Liberty.

E. On November 16, 2017, Edgewood answered the Rex Moore's Amended Counterclaim and asserted a counterclaim against Rex Moore.

F. The Parties participated in a Settlement Conference before Hon. Magistrate Judge Valerie Cooke on March 1, 2018.

G. Thereafter, on March 21, 2018, the Parties executed a written settlement agreement.

H. All conditions of the settlement have been satisfied, and the Parties wish to dismiss the complaint and all counterclaims with prejudice pursuant to the terms of their settlement agreement.

**STIPULATION**

IT IS HEREBY STIPULATED by and between the Parties, through their designated counsel, that the Action, and each claim and counterclaim asserted therein, shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41.

| | | |
|---|---|---|
| 1 | DATED: March 27, 2018 | ROBISON, SIMONS, SHARP & BRUST |
| 2 | | |
| 3 | | By: */s/ Kent Robison* |
| 4 | | KENT ROBISON<br>Attorney for Plaintiff and Counterdefendant<br>SMC CONSTRUCTION CO. |
| 5 | | |
| 6 | DATED: March 27, 2018 | JACOBSON MARKHAM LLP |
| 7 | | |
| 8 | | By: */s/ Patrick T. Markham*<br>PATRICK T. MARKHAM<br>Attorney for Defendant, Counterclaimant, and Counterdefendant |
| 9 | | |
| 10 | | REX MOORE GROUP, INC. |
| 11 | | |
| 12 | DATED: March 27, 2018 | DOWNEY BRAND LLP |
| 13 | | |
| 14 | | By: */s/ Andrew L. Collier*<br>ANDREW L. COLLIER<br>Attorney for Counterdefendant |
| 15 | | EDGEWOOD COMPANIES,<br>a Nevada corporation |

## [PROPOSED] ORDER

Pursuant to the Parties' above Stipulation, the above-captioned Action, and each claim and counterclaim asserted therein, is hereby DISMISSED WITH PREJUDICE. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATED: March __, 2018

By: _____
UNITED STATES DISTRICT JUDGE

1513580.1

3